United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-20726
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ADAN MUNOZ-TORRES, also known as Adrian Munoz, also known as
Adrian Munoz-Torrez, also known as Adan Munoz, also known as
Adrian Munoz-Torres

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Houston
----------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion to summarily

affirm the U.S. District Court judgment in part is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to

vacate the U.S. District Court judgment in part is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to

remand case for resentencing in light of Lopez v. Gonzales is

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

GRANTED.